# EXHIBIT F

**Exhibit F**

<u>Nissan</u>

| Model | Year |
|---|---|
| Altima | 2019 |
| Altima | 2020 |
| Altima | 2021 |
| Altima | 2022 |
| Altima | 2023 |
| Altima | 2024 |
| Altima | 2025 |
| Altima | 2026 (On information and belief) |
| ARIYA | 2022 |
| ARIYA | 2023 |
| ARIYA | 2024 |
| ARIYA | 2025 |
| ARIYA | 2026 (On information and belief) |
| Armada | 2024 |
| Armada | 2025 |
| Armada | 2026 |
| Kicks | 2020 |
| Kicks | 2021 |
| Kicks | 2022 |

1

| | |
|---|---|
| Kicks | 2023 |
| Kicks | 2024 |
| Kicks | 2025 |
| Kicks | 2026 |
| LEAF | 2019 |
| LEAF | 2020 |
| LEAF | 2021 |
| LEAF | 2022 |
| LEAF | 2023 |
| LEAF | 2024 |
| LEAF | 2025 |
| LEAF | 2026 |
| Maxima | 2019 |
| Maxima | 2020 |
| Maxima | 2021 |
| Maxima | 2022 |
| Maxima | 2023 |
| Murano | 2022 |
| Murano | 2023 |
| Murano | 2024 |
| Murano | 2025 |
| Murano | 2026 |
| Pathfinder | 2019 |
| Pathfinder | 2020 |

| | |
|---|---|
| Pathfinder | 2021 |
| Pathfinder | 2022 |
| Pathfinder | 2023 |
| Pathfinder | 2024 |
| Pathfinder | 2025 |
| Pathfinder | 2026 |
| Rogue | 2019 |
| Rogue | 2020 |
| Rogue | 2021 |
| Rogue | 2022 |
| Rogue | 2023 |
| Rogue | 2024 |
| Rogue | 2025 |
| Rogue | 2026 |
| Rogue Sport | 2019 |
| Rogue Sport | 2020 |
| Rogue Sport | 2021 |
| Rogue Sport | 2022 |
| Titan | 2020 |
| Titan | 2021 |
| Titan | 2022 |
| Titan | 2023 |
| Titan | 2024 |
| Versa | 2021 |

| Versa | 2022 |
|-------|------|
| Versa | 2023 |
| Versa | 2024 |
| Versa | 2025 |
| Versa | 2026 (On information and belief) |

Infiniti

| Model | Year |
|-------|------|
| Infiniti Q50 | 2024 |
| Infiniti Q50 | 2025 |
| Infiniti QX50 | 2019 |
| Infiniti QX50 | 2020 |
| Infiniti QX50 | 2021 |
| Infiniti QX50 | 2022 |
| Infiniti QX50 | 2023 |
| Infiniti QX50 | 2024 |
| Infiniti QX50 | 2025 |
| Infiniti QX55 | 2022 |
| Infiniti QX55 | 2023 |
| Infiniti QX55 | 2024 |
| Infiniti QX55 | 2025 |
| Infiniti QX60 | 2022 |
| Infiniti QX60 | 2023 |

| | |
|---|---|
| Infiniti QX60 | 2024 |
| Infiniti QX60 | 2025 |
| Infiniti QX60 | 2026 |
| Infiniti QX80 | 2023 |
| Infiniti QX80 | 2024 |
| Infiniti QX80 | 2025 |
| Infiniti QX80 | 2026 |